# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
PKD, Inc. )     ASBCA Nos. 58019, 58021, 58470
)                          58471, 58472, 58473
)                          58878
Under Contract No. W912EF-10-C-0028 )

APPEARANCES FOR THE APPELLANT:     Theodore M. Bailey, Esq.
                                   Kristin E. Zachman, Esq.
                                     Bailey & Bailey, P.C.
                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   J. Tyler Moore, Esq.
                                     Deputy District Counsel
                                     U.S. Army Engineer District,
                                     Walla Walla

## ORDER OF DISMISSAL

These appeals have been settled. Accordingly, they are dismissed with prejudice.

Dated: 19 March 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58019, 58021, 58470, 58471, 58472, 58473, 58878, Appeals of PKD, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals